AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Faxon firearms, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Adcor Defense, Inc. and Adcor Industries, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 16-1176

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adcor Defense, Inc.
234 South Haven Street
Baltimore, MD. 21224

Adcor Industries, Inc.
910 Grundy Street,
Baltimore, MD. 21224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Glenn D. Bellamy, Wood Herron & Evans, LLP
2700 Carew Tower, 441 Vine Street
Cincinnati, OH. 45202-2917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: ___12/30/2016___ _____
*Signature of Clerk or Deputy Clerk*